**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAMES HOFFMAN and CHERYL HOFFMAN, h/w, | : : : | No. 4:15-CV-01828 |
| | : | (Judge Brann) |
| Plaintiffs, | : : | |
| v. | : : | |
| CHAMPION POWER EQUIPMENT, INC., | : : : | |
| Defendant. | : | |

## <u>ORDER</u>

**AND NOW**, this 21ˢᵗ day of June 2017, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.  Defendant's Motion for Summary Judgment, ECF No. 41, is **GRANTED.**

2.  Because this decision, pursuant to Federal Rule of Civil Procedure 54(b), "adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties," formal entry of judgment is **DEFERRED** pending final resolution.

3.  The case management deadlines set forth in this Court's January 11, 2017 and June 12, 2017 Orders, ECF Nos. 35 & 60, remain in **FULL FORCE AND EFFECT**.

BY THE COURT:


_s/ Matthew W. Brann_
Matthew W. Brann
United States District Judge